| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>September 01, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN HAWTHORNE,<br><br>　　　　　Defendant. | Case No.  2:21-mj-139-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>STEVEN HAWTHORNE</u> , Case No. <u>2:21-mj-139-CKD</u>  Charge <u>18 USC § 3583</u> , from custody for the following reasons:

　　　　<u>  X  </u>　Release on Personal Recognizance

　　　　<u>     </u>　Bail Posted in the Sum of $ <u>                                </u>

　　　　　　<u>     </u>　Unsecured Appearance Bond $ <u>                         </u>

　　　　　　<u>     </u>　Appearance Bond with 10% Deposit

　　　　　　<u>     </u>　Appearance Bond with Surety

　　　　　　<u>     </u>　Corporate Surety Bail Bond

　　　　　　<u>     </u>　(Other):

Issued at Sacramento, California on September 01, 2021 at <u> 2:59 pm     </u>.

　　　　　　　　　　　　By:   <u>/s/ Carolyn K. Delaney                 </u>

　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney